against defendant, plaintiff's recovery would still be zero." *Id.* at 692 (Smith, G., dissenting). Because I believe this case is not like *Tauchert*—where the defendant had conceded at trial that the plaintiff had suffered significant injuries [6]—I would affirm the trial court's judgment on the grounds that the jury's award of zero damages demonstrated a failure of one of the necessary elements of plaintiff's claim and rendered harmless the erroneous submission of Instruction No. 9.

NANCY STEFFEN RAHMEYER, Judge, concurring.

I concur in the principal opinion as to point one; however, I do not want to reach the issue of whether or not the instruction given was error because, if it was, any such error was harmless based on the jury's zero damages award. A necessary element of plaintiff's claim failed, so comparative fault was a non-issue.

**Kathleen M. DERMAN, Appellant,**

v.

**Richard J. DERMAN, Respondent.**

No. WD 69722.

Missouri Court of Appeals, Western District.

June 16, 2009.

Rehearing Denied July 28, 2009.

John R. Shank, Jr., Kansas City, MO, for Appellant.

William L. Hall, David P. Kimminau, Independence, MO, for Respondent.

Before JAMES EDWARD WELSH, P.J., VICTOR C. HOWARD, and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Kathleen Derman appeals from the judgment of the circuit court dissolving her marriage to Richard Derman. We affirm. Rule 84.16(b).

**Vanessa CRUMPLER, Appellant,**

v.

**WAL–MART ASSOCIATES, INC., and American Home Assurance, Respondents.**

No. SD 29489.

Missouri Court of Appeals, Southern District, Division One.

June 24, 2009.

---

**6.** In the instant case, defendant contested plaintiff's assertion that she was injured as a result of the collision, and plaintiff's father testified that the vehicle plaintiff was driving was titled solely in his name. Although I question whether *Tauchert* is consistent with our Supreme Court's pronouncements in *Campbell* and *Douglass,* the question of whether this court should follow it can wait until the issue is unavoidably before us.